UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENNETH SCOTT NEPRAS, <br><br> Plaintiff, <br><br> v. <br><br> MARY ROBNETT, et al., <br><br> Defendants. | CASE NO. 3:25-cv-05204-JLR-DWC <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. # 10) and the remaining record. No objections have been filed. The court does hereby find and ORDER as follows:

(1)  The Court ADOPTS the Report and Recommendation.

(2)  This prisoner civil rights action is DISMISSED with prejudice as frivolous and for failure to state a claim upon which relief may be granted. Dismissal on these grounds counts as a "strike" under 28 U.S.C. § 1915(g).

(3)  The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 5th day of June, 2025.

_____
JAMES L. ROBART
United States District Judge